CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 5, 2006; decided September 12, 2006

Motion by New York State School Boards Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted August 28, 2006; decided September 12, 2006

Motion by United Federation of Teachers for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

Judge GRAFFEO taking no part.

In the Matter of the Judicial Settlement of the Second Intermediate Account of the CHASE MANHATTAN BANK (Successor in Interest to CHASE LINCOLN FIRST BANK, N.A., Successor in Interest to LINCOLN FIRST BANK OF ROCHESTER, Formerly Known as LINCOLN ROCHESTER TRUST COMPANY), as Trustee of the Trust for the Benefit of BLANCHE D. HUNTER, Deceased, and Another, under "Fifth" of the Will of CHARLES G. DUMONT, Deceased, Respondent. MARGARET HUNTER et al., Appellants-Respondents; ELIOT SPITZER, as Attorney General of the State of New York, Respondent-Appellant.

Submitted June 5, 2006; decided September 12, 2006

Motion by appellants Margaret Hunter et al. for leave to appeal denied. Motion by the Attorney General for leave to appeal dismissed as untimely (see CPLR 5513 [b]).